To Judge Payne

Judge Payne I have no faith in MR Gavin. Everyone in here that he has represented has bad things to say about him. MR Gavin has not succeded in even 1 thing that I have asked him to do & that scares me to death. I am very grateful for your advice & I'm going to take that advice with regards to not asking you to file any supperas, I will rely on my next lawyer to decide what to get even if I don't agree with it

2-20-18

Thank you again for your words

Richard Todd Herr

PS I will try to have a lawyer interviewed and hired within 2 to 3 weeks or sooner



RECEIVED
22
ROBERT E. PAYNE
U.S. DISTRICT JUDGE